Jason M. Ingber (SBN 318323)
Ingber Law Group
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010 Telephone:
(213) 805-8373
E-mail: ji@jasoningber.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NECHAMA NAOMI HARTMAN, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>SKYLINE TRAVELS LLC, a California Limited Liability Company, and DOES 1-10,<br>Defendant(s). | CASE NUMBER<br>2:25-cv-07580-MWF-SSC<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety. (without prejudice)
- ☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.
- ☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.
- ☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.
- ☐ **ONLY** Defendant(s) ______________________
  ______________________
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 24, 2026
*Date*

Jason Ingber
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***